# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-14-00475-CR
NO. 03-14-00476-CR

**Steven M. Hamidi, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
NOS. 2014-014 & 2014-015, HONORABLE JACK H. ROBISON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The State moves to dismiss for want of jurisdiction two appeals by appellant Steven M. Hamidi. *See* Tex. R. App. P. 25.2(a)(2), (d). In appellate cause 03-14-00475-CR, appellant seeks to appeal from a judgment of conviction for the offense of retaliation. In appellate cause number 03-14-00476-CV, appellant seeks to appeal from a judgment of conviction for the offenses of aggravated robbery, burglary of a habitation with intent to commit a felony other than theft, and tampering with physical evidence. The trial court has certified that these cases are plea bargain cases and that appellant has no right of appeal. The State's motion to dismiss is granted and these appeals are dismissed. *See id.*

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   August 19, 2014

Do Not Publish